| | | | |
|---|---|---|---|
| Com. v. Kimmel | 359 WDA 2016 Affirmed | 11/23/2016 | CP–65–CR–0001950–2012 (Westmoreland) |
| Com. v. King | 466 WDA 2016 Vacated and Remanded | 11/23/2016 | CP–02–CR–0006852–2015 (Allegheny) |
| Com. v. King | 467 WDA 2016 Vacated and Remanded | 11/23/2016 | CP–02–CR–0016587–2014 (Allegheny) |
| Com. v. Hallam | 701 WDA 2016 Affirmed | 11/23/2016 | CP–26–CR–0000057–2016 (Fayette) |
| Com. v. Noon | 756 WDA 2016 Affirmed | 11/23/2016 | CP–56–CR–0000422–2004 (Somerset) |
| Com. v. Bartlebaugh | 783 WDA 2016 Affirmed | 11/23/2016 | CP–11–CR–0002669–2002 (Cambria) |
| In re Adoption of L.S.; Appeal of C.H. | 949 WDA 2016 Affirmed | 11/23/2016 | CP–02–AP–0000001–2016 (Allegheny) |
| Com. v. Williams | 1041 EDA 2015 Affirmed | 11/28/2016 | CP–23–CR–0003302–2012 (Delaware) |
| Com. v. Redden | 103 EDA 2016 Affirmed | 11/28/2016 | CP–15–CR–0001975–2015 (Chester) |
| M.P.B. v. K.J. | 1764 EDA 2016 Affirmed | 11/28/2016 | No. 2009–02505 (Montgomery) |
| Com. v. Miller | 1984 MDA 2015 Affirmed | 11/28/2016 | CP–35–CR–0000425–2011 (Lackawanna) |
| Brooks v. Gouker | 35 MDA 2016 Transfer to Commonwealth Court | 11/28/2016 | 2015 CV 05365 DJ (Dauphin) |
| Com. v. Perez | 596 MDA 2016 Affirmed | 11/28/2016 | CP–06–CR–0003523–2008 CP–06–CR–0003528–2008 CP–06–CR–0005078–2008 (Berks) |
| Price v. Catanzariti | 1886 WDA 2014 Reversed and Remanded | 11/28/2016 | GD 11–0001164 (Allegheny) |
| Com. v. Porter | 1743 WDA 2015 Reversed, Vacated and Remanded | 11/28/2016 | CP–25–CR–0000850–2013 (Erie) |
| Com. v. Kirksey | 1996 WDA 2015 Vacated and Remanded | 11/28/2016 | CP–25–CR–0000187–2014 (Erie) |